# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

142057

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　Plaintiff-Appellee,

v

RODRECKIS LIDON BROOKS,
　　　Defendant-Appellant.

SC: 142057
COA: 300312
Muskegon CC: 09-058439-FH,
　09-058440-FH, 09-058441-FH

_____/

　　　On order of the Court, the application for leave to appeal the November 1, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

Clerk

0228